SUSAN J. WILLIAMS (SBN 82976)
swilliams@hgla.com
HENNELLY & GROSSFELD LLP
10900 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Telephone: (310) 305-2100
Facsimile: (310) 305-2116

Attorneys for Defendant
Bruce Berman

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY QUAID, et al.,<br><br>           Plaintiff(s),<br>v.<br><br>CRAIG GRANET, et al.,<br><br>           Defendant(s). | Case No. 2:24-cv-03455-MRA-JPR<br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS OF DEFENDANT BRUCE BERMAN**<br>(1) **TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [F.R.C.P. 12(b)(6)]; and**<br>(2) **TO DECLARE PLAINTIFFS VEXATIOUS LITIGANTS AND TO IMPOSE A PREFILING ORDER ON PLAINTIFFS [LOCAL RULE 83-8.2] AND FOR AN AWARD OF COSTS INCLUDING ATTORNEYS' FEES [F.R.C.P. 41(d)]**<br><br>Assigned to Judge Mónica Ramírez Almadani; for discovery matters, assigned to Magistrate Judge Jean P. Rosenbluth<br><br>**DATE:      August 29, 2024**<br>**TIME:      1:30 p.m.**<br>**COURTROOM: 10B** |

{00431472}                                              1                      2:24-cv-03455-MRA-JPR
SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE

|  | Action Filed: April 26, 2024 |
|---|---|
|  | Trial Date: Not Set |

Defendant Bruce Berman submits this supplemental request for judicial notice in support of his motions to dismiss plaintiffs' first amended complaint and to declare plaintiffs vexatious litigants and to impose a prefiling order on plaintiffs and for an award of costs including attorneys' fees pursuant to Federal Rule of Civil Procedure 41(d). Mr. Berman hereby asks the Court to take judicial notice, pursuant to Federal Rule of Evidence 201, of a declaration filed and signed by plaintiffs on June 28, 2024 in *Turicchi v. Quaid*, Santa Barbara Superior Court Case No. 19cv0628, a true and correct copy of which is attached hereto as **Exhibit "1"**, and specifically of paragraph 2 ("In 1991, a forged grant deed purportedly transferring ownership from us to Bruce Berman and Nancy Goliger German was recorded without our knowledge of consent") and paragraph 3 ("We discovered the forgery in 2010.")

This Court may take judicial notice of publicly available court records of cases in other courts. *United States v. Howard* (9th Cir. 2004) 381 F.3d 873, 876 fn. 1; *Harris v. County of Orange* (9th Cir. 2012) 682 F.3d 1126, 1132 (noting that judicial notice may be taken of "undisputed matters of public record"); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.* (9th Cir. 2006) (taking judicial notice of pleadings, memoranda and other court filings.) See also, *United States v. Black* (9th Cir. 2007) 482 F.3d 1035, 1041 (judicial notice of proceedings in other courts is proper "if those proceedings have a direct relation to matters at issue.") These include filings in state court cases. *Burbank-Glendale-Pasadena Airport Authority v. City of Burbank* (9th Cir. 1998) (taking judicial notice of court filings in state court case where the same plaintiff asserted similar and related claims); *Holt v. City of San Jose* (N.D. Cal. 2000) 92 Fed.Supp.2d 996, 998 (judicial notice of relevant memoranda and orders filed in state court cases.)

1  **Exhibit "1"** is directly relevant to the pending motion to dismiss plaintiffs' action for failure to state a claim for relief, based on the Quaids' allegations in other actions that they were aware of their alleged forgery claim against Mr. Berman in 2010 showing that any such claim is accordingly barred by the statute of limitations. They are further directly relevant to the pending motion to deem the Quaids vexatious litigants, and for a pre-filing order and for an award under Federal Rule of Civil Procedure 41(d) of costs and attorneys' fees incurred in defending previous actions dismissed by the Quaids.

The Court is accordingly requested to take judicial notice of **Exhibit "1."**

DATED: July 12, 2024

Respectfully Submitted,

**HENNELLY & GROSSFELD LLP**

By: _____
Susan J. Williams
Attorneys for Defendant
Bruce Berman

# EXHIBIT 1

Randy Quaid, Pro Se
Evgenia "Evi" Quaid, Pro Se
P.O. Box 119
BRISTOL VT 05443
(802) 453-7250;  eliza.george@mail.be

ELECTRONICALLY FILED
Superior Court of California
County of Santa Barbara
Darrel E. Parker, Executive Officer
6/28/2024 11:25 AM
By: Sarah Sisto, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SANTA BARBARA

### ANACAPA DIVISION

| | |
|---|---|
| R. SCOTT TURICCHI, an individual;<br>LANNETTE TURICCHI, an individual;<br>   Plaintiffs<br>vs.<br>RANDY QUAID and<br>EVGENIA "EVI" QUAID | Case No. 19cv06268<br>The Honorable Colleen K. Sterne<br>**DECLARATION**<br>**MOTION FOR**<br>**ORDER COMPELLING**<br>**DEPOSITION OF WARREN GRANT;**<br>**NOTICE OF MOTION AND**<br>**MOTION TO COMPEL THE**<br>**DEPOSITION OF**<br>**WARREN GRANT; MEMORANDUM**<br>**OF POINTS AND AUTHORITIES;**<br>**DECLARATION OF DEFENDANTS**<br>**RANDY QUAID AND**<br>**EVGENIA "EVI" QUAID;**<br><br>[Filed Concurrently With [Proposed]<br>Order) (Declaration)<br><br>Date:       August 12, 2024<br>Time:      10:00 A.M.<br>Dept.       5 |

/
/
/
/
/
/

1

//DECLARATION OF RANDY QUAID AND EVGENIA "EVI" QUAID

We, Randy Quaid and Evgenia "Evi" Quaid, declare:

1. We are the defendants in this action and have personal knowledge of the facts stated herein.

2. We purchased the property in Montecito, California, in 1989. In 1991, a forged grant deed purportedly transferring ownership from us to Bruce Berman and Nancy Goliger Berman was recorded without our knowledge or consent. And we were paid NOTHING.

3. In 2007, Berman allegedly sold the property to the plaintiffs, R. Scott Turicchi and Lannette C. Turicchi. We discovered the forgery in 2010.

4. Warren Grant was our "business manager" during the time Mr. Grant informed us that he did not sell the property in 1991 and provided a document listing our files, notably omitting the Montecito property.

5. Despite his critical role in the events, Mr. Grant has refused to comply with our deposition requests over the past two years. His attorneys have consistently blocked our efforts to obtain his testimony.

6. On May 21, 2024, we served one of many subpoena for Mr. Grant's deposition, scheduled for June 26, 2024. Mr. Grant's counsel objected to the subpoena on June 2, 2024, claiming improper service and other deficiencies.

7. We believe that Mr. Grant's deposition and cross examination is essential to clarify statements related to the property theft he has falsely made. His

refusal to appear for deposition is prejudicial to our ability to defend ourselves effectively.

8. **Meet and Confer Efforts:** Defendants have made attempts with Mr. Craig Granit Turicchis counsel to resolve the issue informally. Despite these efforts, including multiple phone calls, emails, and written correspondence, Mr. Craig Granit Turicchis attorneys have consistently refused these requests.

We declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**DATED:** June 28, 2024

/s/ Randy Quaid
Randy Quaid, Pro Per

/s/ Evgenia "Evi" Quaid
Evgenia "Evi" Quaid, Pro Per

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 10900 Wilshire Blvd., Suite 400, Los Angeles, California, 90024. On July 12, 2024, I served the following document(s):

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTIONS OF DEFENDANT BRUCE BERMAN**
  (1) **TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [F.R.C.P. 12(b)(6)]; and**
  (2) **TO DECLARE PLAINTIFFS VEXATIOUS LITIGANTS, TO IMPOSE A PREFILING ORDER ON PLAINTIFFS [LOCAL RULE 83-8.2], AND FOR AN AWARD OF COSTS INCLUDING ATTORNEYS' FEES UNDER F.R.C.P. 41(d)**

on the interested parties in this action as indicated below or on the attached service list, together with this declaration, as follows:

| | |
|---|---|
| John M. Pierce<br>JOHN PIERCE LAW<br>21550 Oxnard St., 3rd Floor<br>PMB #172<br>Woodland Hills, CA 91367<br>Telephone: (310) 441-0500<br>Email: jpierce@johnpiercelaw.com | Attorney for Plaintiffs Randy Quaid and Evgenia Quaid |

**(X) (By E-Mail)** I caused the above-referenced document(s) to be transmitted by e-mail transmission from phoughton@hgla.com to the interested parties at the appropriate e-mail addresses as listed above or on the attached Service List pursuant to CRC Rule 2.251(c)(3) and CCP 1010.6 or the agreement of counsel. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**(X) (Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 12, 2024, at Los Angeles, California.

*/s/ Patrick Houghton*
Patrick Houghton