# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Randy Quaid et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-03455-MRA-JPR |
| v. | |
| Craig Granet et al., | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

☒ The Court hereby orders that the request of:
    Randy Quaid and Evgenia Quaid    ☒ Plaintiff ☐ Defendant ☐ Other
    *Name of Party*

    ☒ to substitute   Randy Quaid and Evgenia Quaid   who is
    ☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

    PO Box 119
    *Street Address*

    Bristol, VT 05443      Eliza.george@mail.be
    *City, State, Zip*      *E-Mail Address*

    (802) 453-7250           (Pro Se)
    *Telephone Number*    *Fax Number*    *State Bar Number*

As attorney of record instead of   Andrew M. Green and John M. Pierce
    List ***all*** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☒ **DENIED**

☒ The Court hereby orders that the request of:   Andrew M. Green and John M. Pierce
    List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for   Randy Quaid and Evgenia Quaid

**Is hereby** ☐ **GRANTED** ☒ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **January 8, 2025**      *U.S. District Judge/U.S. Magistrate Judge*