LODGED
CLERK, U.S. DISTRICT COURT
1/14/2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___RYO___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Randy Quaid et al

Plaintiff(s)

v.

Craig Granet et al

Defendant(s)

CASE NUMBER

2:24-cv-03455-MRA-JPR

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

[X] The Court hereby orders that the request of:

Randy Quaid
*Name of Party*

[X] Plaintiff  [ ] Defendant  [ ] Other

[X] to substitute  John Mark Pierce Lawyer & Evgenia Quaid Pro se  who is

[X] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [X] Pro Se

PO Box 199
*Street Address*

Bristol, VT 05443
*City, State, Zip*

Eliza.George@Mail.be
*E-Mail Address*

802-453-7250
*Telephone Number*

*Fax Number*

*State Bar Number*

as attorney of record instead of  Andrew Green

*List all attorneys from same firm or agency who are withdrawing.*

**is hereby** [ ] GRANTED  [ ] DENIED

[ ] The Court hereby orders that the request of _____

*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

**is hereby** [ ] GRANTED  [ ] DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.