JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY QUAID, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CRAIG GRANET, et al., <br><br> Defendants. | Case No. 2:24-cv-03455-MRA-JPR <br><br> **JUDGMENT** |

Pursuant to the prior Orders of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims asserted in this action are DISMISSED as follows:

(1) All claims asserted by Plaintiffs Randy Quaid and Evgenia Quaid ("Plaintiffs") in the operative First Amendment Complaint ("FAC") against Defendants Craig Granet, Tony Davis, James Hepworth, R Scott Turicchi, Lannette Turicchi, Bruce Berman, Susan Williams, Fidelity National Title Insurance Company, and Santa Barbara County are dismissed with prejudice;

(2) All claims asserted by Plaintiffs in the operative FAC against Defendant Reggie Serrano are dismissed without prejudice;

(3) Plaintiffs Randy Quaid and Evgenia Quaid are declared vexatious litigants;

   (4) The Clerk is directed to not accept further filings made by Randy Quaid or Evgenia Quaid, or any third party acting on their behalf, asserting claims against Bruce Berman relating to the real property located at 1355 East Mountain Drive, Santa Barbara, California, or proceedings involving that property, without written authorization from a district judge or magistrate judge, issued upon a showing of the evidence supporting the claim as the judge may require;

   (5) Defendant Bruce Berman is awarded costs in the amount of $1,031.20 and attorneys' fees in the amount of $67,271.25.

**IT IS SO ORDERED.**

Dated: February 12, 2025

                 HON. MÓNICA RAMÍREZ ALMADANI
                 UNITED STATES DISTRICT JUDGE